**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT

*s/Pamela A. Barker*

NORTHERN DISTRICT OF OHIO

**PAMELA A. BARKER,**          EASTERN DIVISION
**U.S. DISTRICT JUDGE**

| | | |
|---|---|---|
| TIFFANI PINSON, | ) | CASE NO: 1:22-cv-941 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| vs. | ) | **STIPULATED NOTICE OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| TAPESTRY WICKLIFFE SENIOR | ) | |
| HOUSING MANAGEMENT, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

The parties, by and through undersigned counsel, hereby stipulate and provide notice to the Court and all parties that this matter has been dismissed, *with prejudice*. Parties to bear their own attorney's fees and costs.

Respectfully submitted,

*/s/ Fred M. Bean*

Fred M. Bean (0086756)
David E. Byrnes (0086975)
**SPITZ, THE EMPLOYEE'S LAW FIRM**
25825 Science Park Drive, Suite 200
Beachwood, OH 44122
Phone: (216) 291-4744
Fax:    (216) 291-5744
Email: Fred.Bean@spitzlawfirm.com
David.Byrnes@spitzlawfirm.com

*Attorneys for Plaintiff*

*/s/ Jeffrey B. Keiper*

Jeffrey B. Keiper (0063133)
Lyndsay M. Ross (0099248)
JACKSON LEWIS, P.C.
Park Center Plaza I, Suite 400
6100 Oak Tree Boulevard
Cleveland, Ohio 44131
Phone: 216.750.0404
Fax: 216.750.0826
Jeffrey.Keiper@JacksonLewis.com
Lyndsay.Ross@JacksonLewis.com

*Attorneys for Defendant*